PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ANITA HARRIS, | ) | CASE NO. 1:13CV2797 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| ACTING COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | **REMAND ORDER** |

  An Administrative Law Judge ("ALJ") denied Plaintiff Anita Harris's application for Supplemental Security Income and Disability Insurance Benefits after a hearing in the above-captioned case. That decision became the final determination of the Commissioner of Social Security when the Appeals Council denied the request to review the ALJ's decision. The claimant sought judicial review of the Commissioner's decision, and the Court referred the case to Magistrate Judge George Limbert for preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.2(b)(1). On February 2, 2015, Magistrate Judge Limbert recommended that the Court reverse the ALJ's decision and remand the case for proper evaluation. ECF No. 19. On February 17, 2015, the Commissioner of Social Security informed the Court that it will not be filing any objections to the Magistrate Judge's recommendation.

(1:13CV2797)

ECF No. 20. The Court therefore adopts the Report and Recommendation of the magistrate judge.

Accordingly, the decision of the Commissioner of Social Security is reversed and the case is remanded to the Commissioner for further proceedings and a new decision. Upon remand, the ALJ shall explain the weight given to the opinion of treating physician Dr. Vazquez and reevaluate his medical assessment, with proper articulation and analysis. After completing the foregoing and conducting any other record development the ALJ deems appropriate, the ALJ shall issue a new decision.

IT IS SO ORDERED.

| | |
|---|---|
| February 26, 2015 | /s/ Benita Y. Pearson |
| Date | Benita Y. Pearson |
| | United States District Judge |